

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 24, 1939

Mrs. Faye Stewart, President
State Board of Hairdressers & Cosmetologists
Austin, Texas

Dear Mrs. Stewart:

Opinion No. O-536
Re: Renewal of a combinati(
shop and operator's li(
within one year after
license's expiration d(

Your request for an opinion as to whether a combination shop and operator's license may be renewed within one year after its expiration date, has been received by this department. Your request also asks if the changing of the location of the shop would alter our opinion on this matter.

We think that your question is answered in Section 18 of Article 734b, Penal Code, which reads as follows:

"The first certificate of registration and license shall be valid until August 31, 1936. Thereafter no certificate or license shall be issued for a longer period than one (1) year and shall expire on the 31st day of August, of the year for which they are issued unless renewed prior to that date. The holder of an expired certificate or license may have said certificate or license restored within one (1) year after the date of expiration, upon the payment of the required renewal fee and satisfactory proof of his or her qualifications to resume practice."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR

This section expressly provides that an expired certificate or license may be renewed within one year after the date of expiration upon the payment of the required renewal fee and satisfactory proof of his or her qualifications to resume practice. Sub-head (a) Section 18 fixes the renewal fee under this situation at Three ($3.00) Dollars. The other requirement for th renewal of the license or certificate within one year after its expiration is satisfactory proof of his or h qualifications to resume practice. We think that satis factory proof is outlined in sections 15(a) and 16(a) of Article 734b.

There is nothing in the Article 734b that requires any approval of a license or certificate upon th removal of a shop from one location to another. We fi no authority for making any different requirement becas of the fact that the owner of the shop may have changed the location of the shop or expects to change the local of the shop upon securing a renewal license.

It is the opinion of this department that it possible for a combination shop and operator's license to be renewed at any time within one year after the ex tion date of the certificate and the change of the loo tion of the shop would not affect the right of the Boa to renew the certificate.

Yours very truly

ATTORNEY GENERAL OF TEX

By (s)  Morris Hod
       Assist

MH:ob
APPROVAL:
(s)  W. F. Moore
First Assistant Attorney
General